JOHN GALANTE, JR. v. SANDOZ, INC.

March 18, 1985.

Petition for certification granted.   (See 196 *N.J.Super.* 568)

STANLEY YOKA v. HAZEL MCGLORY.

March 18, 1985.

Petition for certification denied.

JOSEPH GRUM v. WILLIAM B. LUM.

March 18, 1985.

Petition for certification denied.

CAROLE ANN PESKIN (ESLEA) v. ARTHUR ESLEA.

March 18, 1985.

Petition for certification denied.